RICHARD J. CRONAN, Appellant, v. OTTO F. G. SCHILLING, Defendant. SWISS BANK CORPORATION, Third-Party Respondent.— Order unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Present—Peck, P. J., Dore, Cohn, Callahan and Botein, JJ. [See 283 App. Div. 655.]

In the Matter of the Arbitration between BEN LOMBARD, Appellant, and PHILIP TWERSKY, Individually and as Trustee of Brenda G. Nusblatt Irrevocable Trust No. 1, Respondent.— Order unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Present—Peck, P. J., Dore, Cohn, Callahan and Botein, JJ.

In the Matter of JOSEPH J. ENGEL, Respondent. ROGERS IMPORTS, INC., et al., Appellants.— Order unanimously affirmed, with $20 costs and disbursements to the petitioner-respondent. No opinion. The date for the examination to proceed shall be fixed in the order. Settle order on notice. Present— Peck, P. J., Dore, Cohn, Callahan and Botein, JJ.

In the Matter of EMRAY REALTY CORP., Appellant, against JOSEPH D. McGOLDRICK, as State Rent Administrator, Respondent.— Order unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Present — Peck, P. J., Dore, Cohn, Callahan and Botein, JJ.

ROMAINE MILFORD-HAVEN, Respondent, v. DAVID MILFORD-HAVEN, Appellant.— Order unanimously modified so as to fix temporary alimony at the rate of $600 per month and, as so modified, affirmed. On this record the amount allowed by Special Term is, in our opinion, excessive. Settle order on notice. Present—Peck, P. J., Dore, Cohn, Callahan and Botein, JJ.

In the Matter of EUGENE MELLO, Appellant, against BOARD OF PAROLE OF THE STATE OF NEW YORK et al., Respondents.— Order unanimously affirmed upon the ground that the motion was premature. We, therefore, do not consider at this time whether the statement made in the memorandum decision on the prior appeal (*People ex rel. Mello* v. *McDonnell,* 281 App. Div. 970) relating to the sentences running concurrently is applicable to a case like the present one where the convictions and sentences occurred at widely separated times. Present — Peck, P. J., Dore, Cohn, Callahan and Botein, JJ.